IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN WESLEY WILLIAMS, et al.,

      Plaintiffs,                     No. CIV S-05-2543 MCE KJM P

    vs.

JEANNIE S. WOODFORD, et al.,

      Defendants.              ORDER

_____/

        Plaintiffs, state prisoners proceeding pro se, have filed a civil rights action pursuant to 42 U.S.C. § 1983.  In the complaint, plaintiffs allege violations of their civil rights by defendants.  The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.[1]  See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

/////

---

[1] Plaintiffs name Jeannie Woodford, Director of the California Department of Corrections, as a defendant.  While Ms. Woodford resides within the area of the Eastern District covered by the Sacramento Division, it appears that plaintiff's complaint fails to state a claim upon which relief can be granted against Ms. Woodford.

1

1 division of the court. Therefore, this action will be transferred to the Fresno Division of the
2 court.
3         Good cause appearing, IT IS HEREBY ORDERED that:
4         1. This action is transferred to the United States District Court for the Eastern
5 District of California sitting in Fresno; and
6         2. All future filings shall reference the new Fresno case number assigned and
7 shall be filed at:
8     United States District Court
    Eastern District of California
9     2500 Tulare Street
    Fresno, CA 93721
10
11 DATED: October 30, 2006.
12                                   U.S. MAGISTRATE JUDGE
13
14 1
will2543.22
15
16
17
18
19
20
21
22
23
24
25
26